OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/4/2015
PERKINS, WINSTON          Tr. Ct. No. 63092-A          WR-82,873-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



WILLIS EVERETT SMITH
ATTORNEY AT LAW
1102 KINGWOOD DRIVE, #105
KINGWOOD, TX  77339          U TF